165 So. 920

**Jodie MARTIN v. STATE.**

**7 Div. 202.**

Court of Appeals of Alabama.
Jan. 9, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed by appellant.

173 So. 922

**John MARTIN v. STATE.**

**4 Div. 303.**

Court of Appeals of Alabama.
April 13, 1937.

RICE, Judge.
Affirmed.

171 So. 924

**Newt MARTIN v. STATE.**

**6 Div. 42.**

Court of Appeals of Alabama.
Dec. 15, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed.

169 So. 911

**Leburn MASON v. STATE.**

**8 Div. 357.**

Court of Appeals of Alabama.
June 2, 1936.

RICE, Judge.
Affirmed.

174 So. 902

**Grady MAULDIN, alias Maudley, v. STATE.**

**5 Div. 22.**

Court of Appeals of Alabama.
April 20, 1937.

RICE, Judge.
Appeal dismissed.

164 So. 921

**John MAY v. CITY OF TUSCALOOSA.**

**6 Div. 900.**

Court of Appeals of Alabama.
Nov. 29, 1935.

PER CURIAM.
Appeal dismissed for want of prosecution.

164 So. 921

**Johnnie MAYFIELD v. STATE.**

**8 Div. 259.**

Court of Appeals of Alabama.
Dec. 17, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed by appellant.

170 So. 921

**Homer MAYO v. STATE.**

**7 Div. 251.**

Court of Appeals of Alabama.
Oct. 27, 1936.

RICE, Judge.
Affirmed.